CITY OF BUFFALO, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Railroads — Buffalo (city of) — duty of railroad company to maintain and keep in repair superstructure carrying its tracks over public street, also to provide drainage system so as to prevent flow of water from its yards on to street.*

*City of Buffalo* v. *Erie R. R. Co.*, 187 App. Div. 925, affirmed.
(Argued January 27, 1921; decided March 1, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth

judicial department, entered April 3, 1919, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was brought to compel the defendant to repair and maintain in repair the superstructure carrying the tracks of the defendant across Clinton street, · a public street in the city of Buffalo. The complaint alleged that the tracks and supports thereof were so out of repair as to endanger the persons using the street through the subway under the railroad tracks; and that the defendant collected the water in its railroad yard adjacent to Clinton street and caused and permitted the same to flow into Clinton street at the point in question, making it dangerous to public travel in the street. The defendant by answer denied that it was obligated to so maintain the bridge carrying its railroad across Clinton street, and alleged that it was the duty and obligation of the plaintiff to maintain the said bridge; and denied generally the allegations of the complaint as to the collection on its property of waters and the discharge thereof into the public street. The trial court held that the bridge carrying the tracks of the defendant over Clinton street was in such a condition as to constitute a public nuisance; and that the waters flowing from defendant's railroad yard adjacent to into Clinton street constituted a public nuisance and ordered the defendant to so maintain the said bridge as not to interfere with traffic in the highway; and ordered the defendant to provide a drainage system for its railroad yard so as not to permit the water collected therein to flow into Clinton street.

*Helen Z. M. Rodgers* and *William L. Marcy* for appellant.

*William S. Rann, Corporation Counsel (Jeremiah J. Hurley* of counsel), for respondent. ·

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.